UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD BLOOMGARDEN, ) | Case No. CV 06-1426-DSF (OP) |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. ) | |
| BUREAU OF PRISONS, et al., ) | |
| ) | |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, except as follows:

Footnote 13 on page 13 should read: "With respect to the United States, the term 'Governor' refers to the Chief Executive of the United States. See 18 U.S.C. § App. 2 § 2 Art. III; Lopez v. Levi, 422 F. Supp. 846, 850 (S.D.N.Y. 1976).";

p. 14, ln.17: "See id. at 409; see also" should read "See";

p. 15, ln. 24: "allowing" should read "allowed";

p. 17, ln. 20: "251 & n.2" should read "252."

1	IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2	Report and Recommendation; and (2) denying the Petition and dismissing this action
3	with prejudice.

5	DATED: 8/11/09

	_____
	HONORABLE DALE S. FISCHER
	United States District Judge